FILED

MAR 31 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOOKER GOLDSBY,<br><br>    Petitioner,<br><br>  v.<br><br>A. KANE,<br><br>    Respondent. | No. C 05-2556 MJJ (PR)<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

    Petitioner, a California prisoner, filed this pro se habeas corpus petition pursuant to 28 U.S.C. § 2254. The petition was denied on its merits. Petitioner has filed a notice of appeal, which the court construes as containing a request for a certificate of appealability, pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b). Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right." Slack v. McDaniel, 120 S.Ct. 1595, 1604 (2000). Accordingly, the request for a certificate of appealability are DENIED.

    The Clerk shall forward this order, along with the case file, to the United States Court of Appeals for the Ninth Circuit, from which petitioner may also seek a certificate of appealability. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

    IT IS SO ORDERED.

DATED: 3/30/2008

MARTIN J. JENKINS
United States District Judge

G:\PRO-SE\MJJ\HC.05\goldsby.coa.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GOLDSBY,

        Plaintiff,

v.

KANE et al,

        Defendant.
                                          /

Case Number: CV05-02556 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Booker Goldsby
Correctional Training Facility
Prisoner Id C-97620
P.O. Box 689; GW-243L
Soledad, CA 93960-0689

Scott Colin Mather
CA State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Dated: April 2, 2008

Richard W. Wieking, Clerk
By: Monica Tutson, Deputy Clerk